# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| G. DANIEL WALKER,           | No. 2:17-cv-02191 AC P |
|-----------------------------|------------------------|
| Plaintiff,                  |                        |
| v.                          | ORDER                  |
| DEPARTMENTAL REVIEW BOARD, et al., | |
| Defendants.                 |                        |

Defendant Kelso has filed a request for screening of plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), and a stay of the responsive pleading deadline. ECF No. 5. The court has already found plaintiff's current complaint deficient and offered him a chance to file an amended complaint. ECF No. 4. Defendants, Kelso included, will not be required to file a responsive pleading until the court screens plaintiff's amended complaint and deems at least one claim within it viable to proceed. Accordingly, defendant Kelso's request (ECF No. 5) is GRANTED.

SO ORDERED.

DATED: October 30, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE